# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALEONE GOMES** | : | **CIVIL ACTION NO.: 2:25-cv-00834-PD** |
| *Plaintiff,* | : | |
| v. | : | |
| **LENNAR CORPORATION** | : | |
| *Defendant.* | : | **STIPULATION FOR EXTENSION OF TIME** |

It is hereby **STIPULATED** and **AGREED**, that Defendant Lennar Corporation shall have an additional two (2) weeks, through and including September 5, 2025, to answer Plaintiff's Second Amended Complaint.

| **GORDON & LOWMAN LLC** | **KLEINBARD LLC** |
|---|---|
| */s/ Grady Lowman, Esquire* | */s/Benjamin A. Garber* |
| Grady Lowman, Esquire | Benjamin A. Garber, Esquire |
| 1315 Walnut Street, Suite 1006 | Three Logan Square |
| Philadelphia, PA 19107 | 1717 Arch Street, 5th Floor |
| 267-764-1114 | Philadelphia, PA 19103 |
| glowman@gordonandlowman.com | 215-568-2000 |
| | bgarber@kleinbard.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: August 20, 2025 | Dated: August 20, 2025 |

**SO, ORDERED:**

_____ 8/20/25
J.